AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 2:23-cr-108 |
| Tyler Russell Sevin | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                               .

Date:  09/20/2023                                    /s/ Clayton LaForge
                                                      *Attorney's signature*

                                       Clayton D. LaForge, Va Bar No. 84075
                                       *Printed name and bar number*

                                       U.S. Attorney's Office
                                       101 West Main Street, Suite 8000
                                       Norfolk, VA 23510
                                       *Address*

                                       clayton.laforge@usdoj.gov
                                       *E-mail address*

                                       (757) 441-3031
                                       *Telephone number*

                                       (757) 441-6689
                                       *FAX number*